STAFFORD HENDRIX, Respondent, v. MANHATTAN BEACH DEVELOPMENT COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THIRD AVENUE RAILWAY COMPANY, Respondent, v. PATRICK J. SHEA and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.